IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD YOUNG,<br>          Plaintiff,<br><br>vs.<br><br>JEFFREY BEARD; CATHERINE C.<br>MCVEY; DAVID GOOD,;CAROL SCIRE,<br>JAMES META; TOM MORANT and<br>JOAN DELIE; EUGENE GINCHEREAU;<br>EDWARD V. SWIEREZEWSKI;<br>KENNETH LENTZ; and THOMAS<br>KRACZON,<br>          Defendants. | Civil Action No. 04-407<br>Judge Joy Flowers Conti /<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

Whereas, on March 11, 2005 Defendants Lentz, Ginchereau and Swierezewski filed a Motion to Dismiss or, in the alternative, a Motion for Summary Judgment; and

Whereas, Plaintiff's Answer to said Motion was filed on March 24, 2005; and

Whereas, the undersigned filed a Report and Recommendation to the District Judge regarding said Motion on December 5, 2005. Given the Court's other responsibilities and caseload, this is a reasonable amount of time within which to research, decide and write a Report and Recommendation. Therefore,

**IT IS HEREBY ORDERED** this 6th day of December, 2005 that Plaintiff's Motion to Compel Magistrate Judge... (Doc. No. 71), and Motion for Writ of Mandamus or Other Extraordinary Relief (Doc. No. 82) are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the date of

service to file an appeal from this order to the District Court. Failure to timely file an appeal may constitute a waiver of any appellate rights.

LISA PUPO LENIHAN
U.S. Magistrate Judge

cc: Richard Young
EP-8117
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Susan J. Forney
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Elizabeth M. Yanelli
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

John W. Zotter
Joseph F. Butcher
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219