IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD YOUNG, | ) | |
| Plaintiff, | ) | Civil Action No. 04-407 |
| | ) | Judge Joy Flowers Conti / |
| vs. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| JEFFREY BEARD; CATHERINE C. | ) | |
| MCVEY; DAVID GOOD,;CAROL SCIRE, | ) | |
| JAMES META; TOM MORANT and | ) | Doc. No. 94 |
| JOAN DELIE; EUGENE GINCHEREAU; | ) | |
| EDWARD V. SWIEREZEWSKI; | ) | |
| KENNETH LENTZ; and THOMAS | ) | |
| KRACZON, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Request filed by Plaintiff "To file With The Defendants Copies of His Discovery Materials." As Plaintiff correctly states, on December 6, 2005 the Court entered an Order that Defendants were to provide Plaintiff with certain discovery as outlined by January 25, 2006. Plaintiff was then to advise the Court if he needed any additional discovery. The Court does not know if any discovery has been provided to Plaintiff. It is also not clear from Plaintiff's Request that he needs additional discovery. It appears that he is requesting to file the documents in his possession with the Defendants. This information should already be accessible to Defendants so the Court does not see a need for the Plaintiff to send them.

However, Plaintiff is certainly able to send any documents he wishes to Defendants.

At this point, however, nothing needs to be filed. Should Defendant's move for summary judgment, then Plaintiff may have to file supporting documentation with his response to same.

If Plaintiff is telling the Court that he requests additional documents by way of discovery, he then needs to file a Motion for Discovery, stating exactly what he has received, what he is requesting and the reasons for the requests. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Request filed on March 3, 2006 is **DENIED**. Plaintiff is, however, granted until March 31, 2006 to file a Motion for Discovery, as set forth above, if he so desires.

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the date of service to file an appeal from this order to the District Court.  Any opposing party shall have seven (7) days from the date of service of the appeal to respond thereto.  Failure to timely file an appeal may constitute a waiver of any appellate rights.

Dated: March 7, 2006

LISA PUPO LENIHAN
United States Magistrate Judge

cc:  Richard Young
     EP-8117

SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Susan J. Forney
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Elizabeth M. Yanelli
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219