IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 04-407 |
| ) | |
| JEFFREY BEARD, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has filed a notice of appeal of United States Magistrate Judge Lisa Pupo Lenihan's non-dispositive orders dated April 11, 2006 (Doc. No. 97) and May 11, 2006 (Doc. No. 100) granting defendants an extension of time to file a motion for summary judgment. Upon a review of the matters raised by the appeal, the court concludes that the orders appealed from are neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72. The two extensions granted to defendants amounted to a total of six weeks of delay. The court finds that the delay is not unduly long and that the delay does not prejudice plaintiff's rights.

Therefore, this 31st day of May, 2006, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge Lisa Pupo Lenihan for further proceedings.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:     RICHARD YOUNG
       EP-8117
       SCI Fayette
       Box 9999
       LaBelle, PA 15450-0999

       Craig E. Maravich
       Office of the Attorney General
       564 Forbes Avenue
       6th Floor, Manor Complex
       Pittsburgh, PA 15219

       Lisa Pupo Lenihan
       United States Magistrate Judge